O

FILED
CLERK, U.S. DISTRICT COURT

MAY 20 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>Richard David Romero, )<br>)<br>  Defendant. )<br>_____) | Case No.: CR 22-0017-SB<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/Calif.</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>no known bail resources, unstable residence, allegation</u>

1  of failure to report, apparent ongoing substance abuse

B. (✓) ~~and~~/or The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: criminal history includes violence and crimes committed while incarcerated; possessed firearm when arrested, apparent ongoing substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 20, 2024

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE